**FILED**

MAR 23 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Mag. 10-0073 DAD |
| ) | |
| v. ) | |
| ) | **DETENTION ORDER** |
| DAVID LEE ARNETTE, ) | (Violation of Pretrial Release, |
| ) | Probation or Supervised Release) |
| Defendant. ) | |

☐ After a hearing pursuant to 18 U.S.C. § 3148 (violation of pretrial release order), the court finds:

 ☐ there is probable cause to believe the person has committed a federal, state or local crime while on release and defendant has not rebutted the presumption that his/her release will endanger another or the community or
 ☐ there is clear and convincing evidence that defendant has violated **another** condition of release and
  ☐ based on the factors set forth in 18 U.S.C. § 3142(g) there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of another person or the community or
  ☐ the person is unlikely to abide by any condition or combination of conditions of release. F.R.Cr.P. 32.1(a)(D), 46(c), 18 U.S.C. § 3148.

☒ After a hearing pursuant to F.R.Cr.P. 32.1(a)(6) and 46(c) and 18 U.S.C. § 3143 (violation of probation or supervised release) the court finds there is probable cause to believe defendant has violated a condition of probation or supervised release and defendant has not met his/her burden of establishing by clear and convincing evidence that he/she will not flee or pose a danger to another person or to the community. 18 U.S.C. § 3143.

IT IS ORDERED that pursuant to 18 U.S.C. § 3142(i)(2)-(4) defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with his/her counsel. Upon further order of a court of the United States or request of an attorney for the United States the person in charge of the corrections facility in which defendant is confined shall deliver defendant to a United States Marshal for purpose of an appearance in connection with a court proceeding.

DATED: 3/23/10

_____
Dale A. Drozd
UNITED STATES MAGISTRATE JUDGE

☐ Court/Original   ☐ U.S. Attorney   ☐ Defense Counsel   ☐ Pretrial Services

02/29/2008  10:47   2138943817                    US MARSHAL                              PAGE  02/09

---

## UNITED STATES PROBATION OFFICE
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CR01-00143-RSWL |
| vs. | |
| DAVID LEE ARNETTE | |
| Defendant(s) | WARRANT FOR ARREST |

TO:  UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest   DAVID LEE ARNETTE

and bring him/her forthwith to the nearest Magistrate Judge to answer to a(n):  ☐ Complaint   ☐ Indictment
☐ Information   ☐ Order of Court   ☒ Violation Petition   ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title 18      United States Code, Section(s) 4243(f)

| Sherri R. Carter | |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | JAN -7 2008, LOS ANGELES |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| [signature] | BY: RONALD S.W. LEW |
| DEPUTY OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

CR-12 (07/04)                                                                                      PAGE 1 of 2

Received at: 3:32PM, 3/22/2010

TOTAL P.003

02/29/2008  10:47   2138943817                  US MARSHAL                                PAGE  03/09

PROB 12
(Rev. 11/04)

# United States District Court
for
**CENTRAL DISTRICT OF CALIFORNIA**


FILED
CLERK, U.S. DISTRICT COURT
JAN - 7 20..
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

U.S.A. VS. DAVID LEE ARNETTE                              Docket No. CR01-00143-RSWL

### Petition on Probation and Supervised Release (Bench Warrant)

COMES NOW LORETTA S. MARTIN, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>DAVID LEE ARNETTE</u> who was placed on supervision by the Honorable <u>RONALD S. W. LEW</u> sitting in the Court at <u>Los Angeles, California</u>, on the <u>15th</u> day of <u>March, 2004</u> who fixed the period of supervision at an <u>unspecified term</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s). <u>The original term of supervision imposed in this case on March 15, 2004, was revoked on August 16, 2004</u>.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

(SEE ATTACHED)

**PRAYING THAT THE COURT WILL ORDER** issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of David Arnette before the United States District Court at Los Angeles, California, to show cause why the supervision order, heretofore entered, should not be revoked.

ORDER OF COURT

Considered and ordered this 7th day
of Jan, 20 08 and ordered filed
and made a part of the records in the above
case.        RONALD S.W. LEW

Senior U. S. District Judge
RONALD S. W. LEW

I declare under penalty of perjury that the foregoing
is true and correct to the best of my knowledge.

Executed on January 4, 2008
MICHAEL RIEGER
U. S. Probation Officer

Place:   Los Angeles, California

TOTAL P.001
02/29/2008  10:47   2138943817           US MARSHAL                          PAGE  04/09

**U.S.A. VS. DAVID LEE ARNETTE**
**DOCKET NO. CR01-00143-RSWL**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

It is alleged that the above-named conditional releasee has violated the terms and conditions to wit:

1. Having been ordered by the Court to reside at Gateways Residential Reentry Center, 1801 Lakeshore Avenue, Los Angeles, California 90026, until discharged by the program director, with the approval of the U. S. Probation Officer, on January 2, 2008, David Lee Arnette was unfavorably discharged from that program due to non-compliance.

2. Having been ordered by the Court to continue to take all psychotropic medications as prescribed by his treating psychiatrist, David Lee Arnette refused to take his prescribed medications from December 24, 2007 through January 2, 2008.

3. Having been ordered by the Court to reside at Gateways Residential Reentry Center, 1801 Lakeshore Avenue, Los Angeles, California 90026, until discharged by the program director, with the approval of the U.S. Probation Officer, David Lee Arnette refused to submit to substance abuse testing between December 24, 2007 and January 2, 2008.

4. Having been ordered by the Court to reside at Gateways Residential Reentry Center, 1801 Lakeshore Avenue, Los Angeles, California 90026, until discharged by the program director, with the approval of the U.S. Probation Officer, David Lee Arnette left the facility on several occasions between December 24, 2007 and January 2, 2008, without the consent of Gateways staff or the Probation Officer.

2

United States Department of Justice
United States Marshals Service



# DETAINER
## BASED ON VIOLATION OF PROBATION AND/OR SUPERVISED RELEASE

UNITED STATES MARSHAL
__Eastern__ DISTRICT OF __California (Sacramento)__

TO: San Joaquin County Jail
7000 Michael N. Canlis Blvd.
French Camp, CA 95231
Superceding Detainer

Or any other CDC facility or Jail
Where this subject may be housed

DATE: February 29, 2008
SUBJECT: ARNETTE, DAVID LEE
CDC/Bkng #: 08-05312
BAIL AMT: ** NO BAIL **

CASE #: CR01-00143-RSWL
AKA: King, James

Please accept this Detainer against the above-named subject who is currently in your custody. The United States District Court for the Central District of California has issued an arrest warrant charging the subject with

### 18 USC 4243 - SUPERVISED RELEASE VIOLATION

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer, which is based on a Federal probation/supervised release violation warrant.

Please acknowledge receipt of this detainer. In addition, please provide one copy of the Detainer to the subject and return one copy of the Detainer to this office in the enclosed self-addressed envelope.

RECEIPT
Date: 3/5/08
Signed: Karen E. King
By:
Title: Office Supervisor

Very truly yours,
Antonio C. Amador
United States Marshal

BY: Elmer Eustaquio
Warrants Division
Tel. no. (916) 930-2060
Fax no. (916) 930-2050

PRIOR EDITIONS ARE OBSOLETE AND NOT TO BE USED

Form USM-16A
EST 11/98